# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SCOTTIE MORRELL MUSGRAVES,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 05-cv-441-WDS** |
| vs. ) | |
| ) | **CRIMINAL NO. 02-cr-30013** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED**. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

November 30, 2005      By:    s/ WILLIAM D. STIEHL
*Date*                                          *District Judge*